IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 18–CR-40079-SMY-1 |
| | ) |
| | ) |
| **STEVEN D. SOWELL,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Defendant Steven D. Sowell has filed a Motion to Vacate the Enhancement Increase by Two Levels (Doc. 46). Sowell seeks to challenge his sentence and conviction in that he requests that his two-level offense level enhancement be vacated.

The proper vehicle for the relief Sowell seeks is a motion to vacate, correct, or set aside a sentence under 28 U.S.C. § 2255. These petitions are not filed in the underlying criminal case, but opened as a new civil proceeding. If Sowell wishes to file a § 2255 motion, he should file a separate § 2255 motion. The Clerk of Court is **DIRECTED** to send a § 2255 form motion to Sowell to assist him in that process.

The one-year period prescribed by 28 U.S.C. 2255(f)(3) for filing a §2255 motion runs from the date of the Supreme Court's ruling that initially recognized the right asserted, not from the date the newly-recognized right was found to be retroactive. *Dodd v. United States*, 545 U.S. 353, 357 (2005). If Sowell has already filed a § 2255 petition related to this case, he cannot file a second or successive § 2255 petition without first obtaining authorization from the United States Court of Appeals for the Seventh Circuit. *See* 28 U.S.C. § 2255(h).

For the foregoing reasons, the Motion to Vacate the Enhancement Increase by Two Levels (Doc. 46) is **DENIED**.  The **CLERK** is **DIRECTED** to send a § 2255 form motion to Defendant Sowell.

**IT IS SO ORDERED.**

**DATED:  November 2, 2023**

**STACI M. YANDLE**
**United States District Judge**